EVAN FINKEL #100673
evan.finkel@pillsburylaw.com
LESLEY S. KIM #243242
lesley.kim@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA  90017-5406
Telephone: (213) 488-7100
Facsimile: (213) 226-4058

WILLIAM P. ATKINS
william.atkins@pillsburylaw.com
BENJAMIN L. KIERSZ
benjamin.kiersz@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, Virginia 22102
Telephone: 703.770.7900
Facsimile:  703.770.7901

Attorneys for Plaintiff
RAYTHEON COMPANY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYTHEON COMPANY, a Delaware corporation,<br><br>           Plaintiff,<br><br>      vs.<br><br>RF MICRO DEVICES, INC., a North Carolina corporation,<br><br>           Defendant. | Case No. SACV 07-1360-JVS(RNBx)<br><br>NOTICE OF DISMISSAL WITH PREJUDICE and ORDER OF DISMISSAL<br><br>Judge:  The Honorable James V. Selna |

## NOTICE OF DISMISSAL WITH PREJUDICE

     Plaintiff, Raytheon Company ("Raytheon") filed a complaint in this lawsuit on November 19, 2007. The defendant was made aware of the lawsuit but was not served. This case has now been resolved amicably on terms mutually satisfactory to both parties. Therefore, in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, Raytheon respectfully submits this notice of dismissal with prejudice.

Dated:  March 11, 2008

Respectfully submitted,

By: /s/ Evan Finkel
EVAN FINKEL
evan.finkel@pillsburylaw.com
LESLEY S. KIM
lesley.kim@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 S. Figueroa St., Suite 2800
Los Angeles, CA 90017-5406
Tel: (213) 488-7100
Fax: (213) 226-4058

IT IS SO ORDERED.

Dated: _March 12, 2008_____

_____
Judge James V. Selna
United States District Judge